May 12, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

VICKI WARD, Appellant

NO. 14-14-00097-CV                    V.

## LAMAR UNIVERSITY AND TEXAS STATE UNIVERSITY SYSTEM,
Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Lamar University and Texas State University System, signed November 6, 2013, was heard on the transcript of the record. We have inspected the record and hold the trial court erred by dismissing appellant's whistleblower claims and constitutional claims against Lamar University. We also hold the trial court erred in dismissing appellant's constitutional claims against the Texas State University System with the exception of appellant's free speech retaliation claim. We therefore order that the portions of the judgment that dismissed appellant's claims against Lamar University, and the portions of the judgment that dismissed appellant's constitutional claims against the Texas State University System with the exception of appellant's free speech retaliation claim, are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order appellees, Lamar University and Texas State University System, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.